IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARCOS JOSUE PINEDA VASQUEZ,     )
     )
     Petitioner,     )
     )
     v.     )
     )     1:26-cv-978 (AJT-LRV)
TODD LYONS, *et al.*,     )
     )
     Respondents.     )

## ORDER

On April 10, 2026, petitioner Marcos Josue Pineda Vasquez ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he is being unlawfully detained at the Caroline Detention Center. [Doc. No. 1]. Five days later, the Federal Respondents filed a Notice [Doc. No. 5] alerting the Court that Petitioner had previously filed another Petition before another judge of this Court, which was granted. *See Pineda Vasquez v. Perry*, Case. No. 2:26-cv-191-MSD-LRL, [Doc. No. 12] (E.D. Va. Apr. 13, 2026). By Order dated April 24, 2026, the Court directed Petitioner within ten (10) days to show cause, if any there be, why his Petition should not be dismissed as moot; Petitioner did not respond to that Order.

In consideration of the foregoing and for good cause shown, it is hereby

**ORDERED** that the Petition be, and the same hereby is, **DISMISSED**.

The Clerk is directed to forward copies of this Order to all counsel of record, and to terminate the case.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 11, 2026